UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. TAYLOR,<br><br>         Petitioner,<br><br>   v.<br><br>RAYMOND MADDEN, Warden,<br><br>         Respondent. | CASE NO. EDCV 21-01551 DSF (RAO)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: April 28, 2022

_____

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE